```
                  IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF ALABAMA
                            NORTHERN DIVISION

MECLYAH DARRELL DANLEY,             :
                                    :
     Plaintiff,                     :
                                    :
vs.                                 :
                                    :      CIVIL ACTION 13-0081-M
CAROLYN W. COLVIN,                  :
Commission of Social Security,      :
                                    :
     Defendant.                     :
```

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Meclyah Darrell Danley.

DONE this 27th day of September, 2013.

                                    s/BERT W. MILLING, JR.
                                    UNITED STATES MAGISTRATE JUDGE